IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **KERRON ANDREWS,** | * |
| **Plaintiff,** | * |
| v. | * |
| | Case No.: 1:16-cv-02010-CCB |
| **BALTIMORE CITY POLICE DEPARTMENT,** *et al.*, | * |
| | * |
| **Defendants.** | |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PARTIES' JOINT SUBMISSION OF EXHIBITS**

Plaintiff and Defendants (the "Parties"), by and through their undersigned counsel and, pursuant to this Court's November 23, 2020 Order (ECF Doc. 94), hereby submit the discovery requests, responses, and correspondence between counsel relating to the issues to be discussed at the conference call the Court has scheduled for December 9, 2020. Plaintiff and Defendants also will be submitting separately brief letters summarizing their respective positions.

**EXHIBITS**

**EXHIBIT A.**   Plaintiff's First Request for Production of Documents.

**EXHIBIT B.**   Defendant Baltimore Police Department's Responses and Objections to Plaintiff's First Set of Requests for Production of Documents.

**EXHIBIT C.**   Letter from H. Mark Stichel to Natalie Rose Amato dated October 23, 2020.

**EXHIBIT D.**   Letter from Natalie R. Amato to H. Mark Stichel dated November 23, 2020.

1

Dated:  December 4, 2020

Respectfully submitted,

| | |
|---|---|
| /s/<br>James B. Astrachan, Bar No. 03566<br>jastrachan@agtlawyers.com<br>H. Mark Stichel, Bar No. 02939<br>hmstichel@agtlawyers.com<br>ASTRACHAN GUNST THOMAS, P.C.<br>217 East Redwood Street, Suite 2100<br>Baltimore, Maryland 21202<br>410.783.3550 (telephone)<br>410-783-3530 (fax)<br>*Attorneys for Plaintiff Kerron Andrews* | /s/<br>Natalie R. Amato, Bar No. 20749<br>Natalie.amato@baltimorecity.gov<br>Assistant Solicitor<br>BALTIMORE CITY DEPARTMENT OF LAW<br>Office of Legal Affairs<br>100 N. Holiday Street, Room 101<br>Baltimore, Maryland 21202<br>410-396-2496 (telephone)<br>410-396-2126 (fax)<br>*Attorneys for Defendants BPD and Kevin Davis*<br><br>/s/<br>Thomas H. Barnard, Bar No. 27488<br>tbarnard@bakerdonelson.com<br>Stuart R. Goldberg, Bar No. 21236<br>sgoldberg@bakerdonelson.com<br>BAKER, DONELSON, BEARMAN, CALDWELL, & BERKOWITZ, P.C.<br>A Professional Corporation<br>100 Light Street, 19th Floor<br>Baltimore, MD  21202<br>410-862-1339 (telephone)<br>443-547-0699 (fax)<br>*Attorneys for Defendant Michael Spinnato and John Hale* |