| CITY OF BALTIMORE<br><br>**BRANDON M. SCOTT,**<br>Mayor |  | DEPARTMENT OF LAW<br>**JAMES L. SHEA,** CITY SOLICITOR<br>100 N. HOLLIDAY STREET<br>SUITE 101, CITY HALL<br>BALTIMORE, MD 21202 |
|---|---|---|

January 22, 2021

**<u>VIA ECF/CM</u>**

The Honorable Catherine C. Blake
101 West Lombard Street
Chambers 7D
Baltimore, MD 21201

      Re:    *Kerron Andrews v. Baltimore Police Department, et al.*,
                Civil Action No. 16-cv-02010-CCB,
                Protective Order

Dear Judge Blake:

Please accept this letter as a joint submission which attaches a proposed stipulated protective order that is agreed upon by all Parties.

Should Your Honor have any questions or concerns, the Parties would be happy to discuss the proposed protective order with the Court.

Respectfully submitted,

James L. Shea
BALTIMORE CITY SOLICITOR


      /s/
_____
Natalie R. Amato
Assistant City Solicitor
Bar No. 20749

Baltimore City Department of Law
Office of Legal Affairs
City Hall, Room 101
100 N. Holliday Street
Baltimore, MD 21202



**CITY OF BALTIMORE**

**BRANDON M. SCOTT,**
Mayor

**DEPARTMENT OF LAW**
JAMES L. SHEA, CITY SOLICITOR
100 N. HOLLIDAY STREET
SUITE 101, CITY HALL
BALTIMORE, MD 21202

410.371.9298 (telephone)
410.396.2126 (facsimile)
natalie.amato@baltimorecity.gov
*Attorney for BPD & Kevin Davis*

                    */s/*
H. Mark Stichel, Bar No. 02939
hmstichel@agtlawyers.com
James B. Astrachan, Bar No. 03566
jastrachan@agtlawyers.com
ASTRACHAN GUNST THOMAS, P.C.
217 East Redwood Street, Suite 2100
Baltimore, Maryland 21202
410.783.3550 (telephone)
410-783-3530 (fax)
*Attorneys for Plaintiff Kerron Andrews*

                    */s/*
Thomas H. Barnard, Bar No. 27488
tbarnard@bakerdonelson.com
Stuart R. Goldberg, Bar No. 21236
sgoldberg@bakerdonelson.com
BAKER, DONELSON, BEARMAN,
CALDWELL, & BERKOWITZ, P.C.
A Professional Corporation

100 Light Street, 19th Floor
Baltimore, MD 21202
410-862-1339 (telephone)
443-547-0699 (fax)
*Attorneys for Defendant Michael Spinnato and John Haley*