**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>CATHERINE C. BLAKE<br>UNITED STATES DISTRICT JUDGE | U.S. COURTHOUSE<br>101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-3220<br>Fax (410) 962-6836 |

July 11, 2022

MEMORANDUM TO COUNSEL

Re:   *Andrews v. Baltimore City Police Department*
      Civil No. CCB-16-2010

Dear Counsel:

     As you know, this matter has been pending on remand for some time. I would like to schedule a brief conference call with counsel for Mr. Andrews, the Baltimore City Police Department, and the individual defendants to discuss whether there may be any way to expedite a resolution. Please email chambers at MDD_CCBChambers@mdd.uscourts.gov to let me know if you are available on July 15, 2022, anytime from 10:00 to noon, or 2:00 to 4:00, or on July 18, 2022, during those same times.

                                                                      Sincerely yours,

                                                                                        /s/

                                                                    Catherine C. Blake
                                                                  United States District Judge